PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Lester Soto      Cr.: 13-00706-001
     PACTS #: 65214

Name of Sentencing Judicial Officer:    THE HONORABLE ESTHER SALAS
                                          UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/06/2016

Original Offense:    Count One and Two: Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349

Original Sentence: 21 months imprisonment, 5 years supervised release

Special Conditions: $200 - Special Assessment, $3,745,344.19 - Restitution, Mental Health Treatment, New Debt Restrictions, Self-Employment/Business Disclosure, and Occupational Restrictions

Type of Supervision: Supervised Release            Date Supervision Commenced: 11/24/2017

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    Failure to satisfy financial obligations

**U.S. Probation Officer Action:**

Soto has paid $28,896.12 towards his restitution. The individual under supervision's term of supervision is due to expire on November 23, 2022, with an outstanding restitution balance of $3,548,829.62. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the person under supervision's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

                                                             Respectfully submitted,

                                                             SUSAN M. SMALLEY,
                                                             Chief U.S. Probation Officer

                                                             *Elisa Martinez*

                                                             By:    ELISA MARTINEZ
                                                                  Supervising U.S. Probation Officer

Prob 12A – page 2
Lester Soto

/bgm

PREPARED BY:

| *Brendan G. Murillo* | *10/28/2022* |
|---|---|
| BRENDAN G. MURILLO | Date |
| U.S. Probation Technician | |

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ Allow Supervision to Expire as Scheduled on November 23, 2022 (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer
Hon. Esther Salas, U.S.D.J.

11/1/2022
Date